1472-25-mpco54

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WL1 | E 2184916 | Hogan | H9117 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 20250804 2216
Offense Charged: ☐ CFR ☐ USC ☑ State Code: LRS 14:103
Place of Offense: Tracey ct Fort Polk LA
Offense Description: Disturbing the Peace LRS 14:103

**DEFENDANT INFORMATION**
Last Name: Void
First Name: Shoday

APPEARANCE IS REQUIRED — ☑ A If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — ☐ B If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: Edwin F. Hunter Federal Courthouse, 611 Broad St., Lake Charles, LA 70601, 337-531-6143
Date: 07 Oct 2025
Time: 0800

X Defendant Signature: REFUSED TO SIGN

Original - CVB Copy

*E2184916*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

The foregoing statement is based upon:
☐ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/04/2025    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.

CVB SCAN 08/26/2025 13:17