# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WL2 | E 2184915 | Hoyden | H941D |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 20250804 2216
Offense Charged: ☐ CFR ☒ USC ☐ State Code — 18 USC 111

Place of Offense: Tracy Ct Fort Polk LA 71459

Offense Description / Factual Basis for Charge: resisting law enforcement 18 USC 111    HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Vold
First Name: Shaday

[Street Address redacted]

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Edwin F. Hunter Courthouse
611 Broad St
Lake Charles, LA 70601
337-531-6143

Date: 0800
Time: 07042.25

X Defendant Signature: REFUSED TO SIGN

Original - CVB Copy

*E2184915*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/04/2025    [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident



CVB SCAN 08/26/2025 13:18
CVB SCAN 08/26/2025 13:18