1472-25-mpc05

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WL1 | E 2184917 | Hogan | H9417 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 20250804 2216
Offense Charged: ☐ CFR ☐ USC ☑ State Code: LRS 14:56

Place of Offense: Tracey, Ct Fort Polk LA

Offense Description/Factual Basis for Charge: Damage LRS 14:56

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Void
First Name: Shaday

[personal information redacted]

### APPEARANCE IS REQUIRED
A ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Edwin F. Hunter Federal Courthouse
611 Broad St.
Lake Charles, LA 70601
337-831-8143

Date: 0900
Time: 07 oct 2025

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: VOID SHADAY 7:70

Original - CVB Copy

*E2184917*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

The foregoing statement is based upon:
☒ my personal observation    / my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/04/25   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 08/26/2025 13:13
CVB SCAN 08/26/2025 13:13