RECEIVED
S. DISTRICT COURT
N DISTRICT OF LOUISIANA

JAN 0 6 2026

BY:_____ DANIEL J. McCOY, CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:25-po-00670-TPL |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| SHADAY VOID | ) | MAGISTRATE JUDGE LEBLANC |

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING

**NOW INTO COURT**, through undersigned counsel, comes **SHADAY VOID**, who has appeared before the Court and been advised of my rights as required by Rule 5, Fed. R. Crim. P., including my right to have a preliminary examination/hearing. I hereby waive (give up) my right to a preliminary examination/hearing.

Respectfully submitted,

*Andrew Rayford*
_____
**ANDREW C. RAYFORD, 39443**
500 Broad Street, Suite 208
Lake Charles, Louisiana 70601
Telephone: (337) 302-6007
Email: andrew@andrewrayfordlaw.com
*Counsel for Shaday Void*

_____
SHADAY VOID
*Defendant*

**CERTIFICATE OF SERVICE**

I certify that a copy of this Waiver was filed electronically with the Clerk of Court. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

_Andrew Rayford_
**ANDREW C. RAYFORD, ESQ.**

**DATE: January 6, 2026**